AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| DENNIS, et al. <br><br> _Plaintiff(s)_ <br><br> v. <br><br> JPMORGAN CHASE & CO., et al. <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No.  16-cv-6496 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  **See attached Schedule A**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Vincent Briganti, Esq.
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza - Suite 509
One North Broadway
White Plains, NY  10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      08/16/2016

/s/ R. Chambers

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  16-cv-6496

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                         _____
                                                  *Printed name and title*

                                         _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

SCHEDULE A

| | |
|---|---|
| JPMORGAN CHASE & CO.<br>270 Park Avenue<br>New York, NY 10017<br>(New York County) | JPMORGAN CHASE BANK, N.A.<br>270 Park Avenue<br>New York, NY 10017<br>(New York County) |
| JPMORGAN CHASE BANK, N.A.<br>AUSTRALIA<br>85 Castlereagh St.<br>Sydney NSW 2000<br>Australia | CITIBANK, N.A., Australia Branch<br>Park Street<br>Ground Floor, Citigroup Centre<br>2 Park Street<br>Sydney NSW 2000<br>Australia |
| CITIBANK, N.A.<br>399 Park Ave.<br>New York, NY 10022<br>(New York County) | BNP PARIBAS, S.A.<br>16 Boulevard des Italiens<br>Paris 75009<br>France |
| CITIGROUP INC.<br>399 Park Ave.<br>New York, NY 10022<br>(New York County) | THE ROYAL BANK OF SCOTLAND<br>GROUP PLC<br>36 St. Andrew Square<br>Edinburgh EH2 2YB<br>United Kingdom |
| BNP PARIBAS, Australia Branch<br>60 Castlereagh Street<br>Sydney NSW 2000<br>Australia | RBS GROUP (AUSTRALIA) PTY<br>LIMITED<br>RBS Tower Level 21<br>88 Philip Street<br>Sydney NSW 2000<br>Australia |
| RBS N.V.<br>Gustav Mahlerlaan 350<br>1082 Amsterdam<br>NETHERLANDS | UBS AG, Australia Branch<br>Level 16<br>Shifley Tower<br>Sydney NSW 2000<br>Australia |
| UBS AG<br>Aeschenvorstadt 1<br>4051 Basel<br>Switzerland | COMMONWEALTH BANK OF<br>AUSTRALIA<br>c/o 599 Lexington Avenue, 17th Floor<br>New York, NY 10022<br>(New York County) |
| AUSTRALIA AND NEW ZEALAND<br>BANKING GROUP LTD. | WESTPAC BANKING CORPORATION<br>275 Kent Streeet |

| | |
|---|---|
| ANZ Centre Melbourne, Level 9<br>833 Collins Street<br>Docklands<br>Victoria VIC 3008<br>Australia | Sydney NSW 2000<br>Australia |
| NATIONAL AUSTRALIA BANK LTD.<br>c/o 245 Park Avenue, #2800<br>New York, NY 10167<br>(New York County) | DEUTSCHE BANK AG AUSTRALIA<br>BRANCH<br>Level 16<br>Deutsche Bank Place<br>Corner of Hunter and Phillip Streets<br>Sydney NSW 2000<br>Australia |
| DEUTSCHE BANK AG<br>Taunusanlage 12<br>Frankfurt Am Main 60325<br>Germany | HSBC HOLDINGS PLC AUSTRALIA LTD.<br>Level 32<br>580 George Street<br>Sydney NSW 2000<br>Australia |
| HSBC HOLDINGS PLC<br>8 Canada Square<br>London E14 5HQ<br>United Kingdom | MACQUARIE GROUP LTD.<br>Level 6<br>50 Martin Place<br>Sydney<br>NSW 2000<br>Australia |
| LLOYDS BANKING GROUP PLC<br>25 Gresham Street, 5th Floor<br>London EC2V7 HN<br>United Kingdom | ROYAL BANK OF CANADA<br>200 Bay Street, South Tower<br>Toronto, Ontario M5J 2J5<br>Canada |
| MACQUARIE BANK LTD.<br>Level 6<br>50 Martin Place<br>Sydney<br>NSW 2000<br>Australia | CREDIT SUISSE GROUP AG<br>8 Paradeplatz<br>Zurich 8001<br>Switzerland |
| ROYAL BANK OF CANADA AUSTRALIA<br>BRANCH<br>Chat Thai<br>2 Park Street<br>Sydney NSW 2000<br>Australia | MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036<br>(New York County) |

| | |
|---|---|
| CREDIT SUISSE AG<br>8 Paradeplatz<br>Zurich 8001<br>Switzerland | BANK OF NEW ZEALAND<br>80 Queen Street<br>Auckland Central<br>Auckland 1010<br>New Zealand |
| MORGAN STANLEY AUSTRALIA LTD.<br>Level 26, Chifley Tower<br>2 Chifley Square<br>Sydney NSW 2000<br>Australia | ICAP AUSTRALIA PTY LTD.<br>Level 27<br>9 Castlereagh Street<br>Sydney NSW 2000<br>Australia |
| ICAP PLC<br>2 Broadgate<br>London EC2M 7UR<br>United Kingdom | TULLETT PREBON (AUSTRALIA) PTY LTD.<br>Level 36, 60 Margaret Street<br>Sydney NSW 2000<br>Australia |
| TULLETT PREBON PLC<br>Tower 42, Level 37<br>25 Old Broad Street<br>London EC2N 1HQ<br>United Kingdom | |