Kaplan, Y.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., AND FRONTPOINT FINANCIAL HORIZONS FUND, L.P., on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE BANK, N.A. AUSTRALIA BRANCH, BNP PARIBAS, S.A., BNP PARIBAS, AUSTRALIA BRANCH, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, UBS AG, AUSTRALIA BRANCH, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, DEUTSCHE BANK AG, AUSTRALIA BRANCH, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, LLOYDS TSB BANK PLC, AUSTRALIA, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, ROYAL BANK OF CANADA, AUSTRALIA BRANCH, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50.

    Defendants.

Docket No. 16-cv-6496 (LAK)



RECEIVED MAY 25 2017 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2017

FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL ~~OF~~ *PARTIAL AS TO* BNP PARIBAS, AUSTRALIA BRANCH; DEUTSCHE BANK AG, AUSTRALIA BRANCH; JPMORGAN CHASE BANK, N.A. AUSTRALIA BRANCH; LLOYDS TSB BANK PLC, AUSTRALIA; ROYAL BANK OF CANADA, AUSTRALIA BRANCH; and UBS AG, AUSTRALIA BRANCH WITHOUT PREJUDICE

Plaintiffs Richard Dennis, Sonterra Capital Master Fund, Ltd., FrontPoint Financial Services Fund, L.P., FrontPoint Asian Event Driven Fund, L.P., and FrontPoint Financial Horizons Fund, L.P., hereby give Notice of Voluntary Dismissal of Defendants (1) BNP Paribas, Australia Branch; (2) Deutsche Bank AG, Australia Branch; (3) JPMorgan Chase Bank, N.A. Australia Branch; (4) Lloyds TSB Bank plc, Australia; (5) Royal Bank of Canada, Australia Branch; and (6) UBS AG, Australia Branch from the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice and without costs as to any party against any other.

Dated: May 24, 2017

LOWEY DANNENBERG COHEN
& HART, P.C.

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
One North Broadway
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

LOVELL STEWART HALEBIAN
JACOBSON LLP

By: /s/ Christopher Lovell /RG
Christopher Lovell
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com

*Counsel for Plaintiffs*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
5/31/17

2