UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
RICHARD DENNIS, et al., :
:
        Plaintiffs, :
:
     v. : No. 16-cv-6496 (LAK)
:
JPMORGAN CHASE & CO., et al., :
:
        Defendants. :
:
:
----------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE

    The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: */s/ Peter Sullivan*
                                           Peter Sullivan

                                    200 Park Avenue, 47th Floor
                                    New York, New York 10166
                                    Tel.: (212) 351-5370
                                    psullivan@gibsondunn.com

                                    *Attorneys for UBS AG*