UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

RICHARD DENNIS, et al.,

        Plaintiffs,

v.

JPMORGAN CHASE & CO., et al.,

        Defendants.

-------------------------------------------------------x

No. 16-cv-6496 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/18

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

                              GIBSON, DUNN & CRUTCHER LLP

                              By: /s/ *Peter Sullivan*
                                    Peter Sullivan

                              200 Park Avenue, 47th Floor
                              New York, New York 10166
                              Tel.: (212) 351-5370
                              psullivan@gibsondunn.com

                              *Attorneys for UBS AG*

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/18/19