UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO., et al.,<br><br>Defendants. | Case No. 16-cv-06496-LAK |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
February 14, 2018

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Paul C. Gluckow
       Mary Beth Forshaw (mforshaw@stblaw.com)
       Paul C. Gluckow (pgluckow@stblaw.com)
       Alan C. Turner (aturner@stblaw.com)
       425 Lexington Avenue
       New York, New York 10017
       Tel: (212) 455-2000
       Fax: (212) 455-2502

       Abram J. Ellis (aellis@stblaw.com)
       900 G Street, NW
       Washington, D.C. 20001
       Tel: (202) 636-5500
       Fax: (202) 636-5502

       *Attorneys for Defendants JPMorgan Chase & Co.*
       *and JPMorgan Chase Bank, N.A.*