```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD DENNIS, et al., on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

JPMORGAN CHASE & CO., et al.,

                    Defendants.

Case No. 16-cv-06496-LAK

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2/21/18

Dated: New York, New York
February 14, 2018

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

                        By:    /s/ Paul C. Gluckow
                               Mary Beth Forshaw (mforshaw@stblaw.com)
                               Paul C. Gluckow (pgluckow@stblaw.com)
                               Alan C. Turner (aturner@stblaw.com)
                               425 Lexington Avenue
                               New York, New York 10017
                               Tel: (212) 455-2000
                               Fax: (212) 455-2502

                               Abram J. Ellis (aellis@stblaw.com)
                               900 G Street, NW
                               Washington, D.C. 20001
                               Tel: (202) 636-5500
                               Fax: (202) 636-5502

                               *Attorneys for Defendants JPMorgan Chase & Co.*
                               *and JPMorgan Chase Bank, N.A.*