# SULLIVAN & CROMWELL LLP

TELEPHONE 1-212-558-4000
FACSIMILE 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-22-18

February 21, 2018

By ECF

The Honorable Lewis A. Kaplan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Dennis, et al. v. JPMorgan Chase & Co., et al.*,
             No. 1:16-cv-06496 (LAK).

Dear Judge Kaplan:

        Counsel for Defendants write to request that the Court so-order this letter to permit Defendants to file their forthcoming Brief in Support of Their Renewed Motion to Dismiss the Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim under seal. Pursuant to this Court's Memo Endorsement of February 5, 2018, Defendants' brief is due February 23, 2018.

        On November 13, 2017 and November 21, 2017, this Court so-ordered similar letter motions filed, respectively, by Plaintiffs' counsel with respect to earlier opposition papers and by Defendants' counsel with respect to earlier reply papers (collectively, the "November Submissions"). In support of their sealing request, Plaintiffs' counsel represented that their opposition papers required the disclosure of documents and information that contain commercially sensitive information, publication of which may result in competitive, commercial or personal harm to Plaintiffs.

        In light of this Court's granting of the parties' sealing requests with respect to the November Submissions, Defendants believe that filing this brief under seal is appropriate. Defendants expect to reference in this brief certain of the documents and information that the parties filed under seal in their November Submissions. To maintain consistency with this Court's earlier sealing order, Defendants seek to file their brief under seal as well.

The Honorable Lewis A. Kaplan                                          Page 2 of 2-

    Accordingly, Defendants request that Your Honor endorse this letter to permit Defendants to file their forthcoming briefing papers under seal. Plaintiffs have consented to Defendants' request.

Respectfully Submitted,

/s/ Penny Shane

cc: Counsel of Record (via ECF)

SO ORDERED
DATED: 2/22/18

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE