**LOWEY DANNENBERG**

March 6, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3.13.18
```

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Dennis et al v. JPMorgan Chase & Co. et al.*, No. 16-cv-06496 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

As counsel for Plaintiffs, we write to request that the Court so order this letter to permit Plaintiffs to file under seal their opposition to Defendants' February 23, 2018 Supplemental Motion to Dismiss the Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim ("Supplemental Motion"). Plaintiffs' opposition is due March 13, 2018.

On February 22, 2018, this Court so-ordered Defendants' letter motion requesting to seal their Supplemental Motion (ECF No. 212) and has so-ordered similar letter motions filed by both Plaintiffs and Defendants with respect to earlier briefing. *See* ECF Nos. 189, 193. As before, this briefing involves the disclosure of documents and information that contain commercially sensitive information. *See* ECF No. 188. Publication of these documents on public dockets may result in competitive, commercial, or personal harm to Plaintiffs. Granting this request to file under seal will obviate these concerns and is consistent with the Court's previous sealing orders.

Plaintiffs request that Your Honor endorse this letter to permit Plaintiffs to file their response brief under seal. Defendants take no position on Plaintiffs' request.

Respectfully Submitted,

/s/ Vincent Briganti

cc: Counsel of Record (via ECF)

SO ORDERED

DATED: 3/12/18

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p). 610-941-2760 (f): 610-862-9777