# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 20, 2018

<u>By ECF</u>

The Honorable Lewis A. Kaplan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   ***Dennis, et al.* v. *JPMorgan Chase & Co., et al.*,**
> **No. 1:16-cv-06496 (LAK).**

Dear Judge Kaplan:

Counsel for Defendants write to request that the Court so-order this letter to permit Defendants to file their forthcoming Reply in Support of Their Renewed Motion to Dismiss the Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim under seal. Pursuant to this Court's Memo Endorsement of February 5, 2018, Defendants' Reply is due March 23, 2018.

On November 13, 2017, November 21, 2017, February 22, 2018, and March 13, 2018, this Court so-ordered similar letter motions filed by the parties with respect to submissions concerning the same issues addressed in Defendants' forthcoming Reply. In support of their initial sealing request in this action, Plaintiffs' counsel represented that their submission required the disclosure of documents and information that contain commercially sensitive information, publication of which may result in competitive, commercial or personal harm to Plaintiffs.

In light of this Court's granting of the parties' sealing requests with respect to four prior submissions on this topic, Defendants believe that filing this Reply under seal is appropriate. Defendants expect to reference in this Reply certain of the documents and information that the parties filed under seal in November, February, and March. To maintain consistency with this Court's earlier sealing orders, Defendants seek to file their Reply under seal as well.

The Honorable Lewis A. Kaplan                                           Page 2 of 2-

        Accordingly, Defendants request that Your Honor endorse this letter to permit Defendants to file their forthcoming Reply under seal.  Plaintiffs have consented to Defendants' request.

Respectfully Submitted,

/s/ Penny Shane

cc: Counsel of Record (via ECF)

SO ORDERED

DATED: _____   _____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE