IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., AND FRONTPOINT FINANCIAL HORIZONS FUND, L.P., on behalf of themselves and all others similarly situated, | Docket No. 16-cv-06496 (LAK) |
| Plaintiffs, | |
| -against- | |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE BANK, N.A. AUSTRALIA BRANCH, BNP PARIBAS, S.A., BNP PARIBAS, AUSTRALIA BRANCH, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, UBS AG, AUSTRALIA BRANCH, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, DEUTSCHE BANK AG, AUSTRALIA BRANCH, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, LLOYDS TSB BANK PLC, AUSTRALIA, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, ROYAL BANK OF CANADA, AUSTRALIA BRANCH, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50. | **UNOPPOSED MOTION FOR CONDITIONAL CLASS CERTIFICATION FOR PURPOSES OF CLASS ACTION SETTLEMENT WITH JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, and the exhibits attached thereto, including the Stipulation and Agreement of Settlement as to Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan"), Representative Plaintiffs, by and through their undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court, for an order, inter alia: (i) conditionally certifying the Class for settlement pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) subject to later, final approval of such Class for settlement; (ii) conditionally appointing Lowey Dannenberg, P.C. and Lovell Stewart Halebian Jacobson LLP as Class Counsel for the Class; (iii) granting leave to Representative Plaintiffs to develop a plan of distribution and a notice plan for later approval by the Court; (iv) appointing Citibank, N.A. as Escrow Agent for purposes of the Settlement Fund defined in the Settlement Agreement; and (v) staying all proceedings against JPMorgan until the Court renders a final decision on approval of the Agreement.

Dated: November 21, 2018
White Plains, New York

| | |
|---|---|
| By: /s/ *Vincent Briganti* <br> Vincent Briganti <br> Geoffrey M. Horn <br> **LOWEY DANNENBERG, P.C.** <br> 44 South Broadway, Suite 1100 <br> White Plains, New York 10601 <br> Telephone: (914) 997-0500 <br> vbriganti@lowey.com <br> ghorn@lowey.com | By: /s/ *Christopher Lovell* <br> Christopher Lovell <br> **LOVELL STEWART HALEBIAN JACOBSON LLP** <br> 61 Broadway, Suite 501 <br> New York, New York 10006 <br> Telephone: (212) 608-1900 <br> clovell@lshllp.com |

*Counsel for Representative Plaintiffs and the Proposed Class*