UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------------x

RICHARD DENNIS, SONTERRA CAPITAL    :
MASTER FUND, LTD., FRONTPOINT        :
FINANCIAL SERVICES FUND, L.P.,       :    Case No.: 16-cv-6496 (LAK)
FRONTPOINT ASIAN EVENT DRIVEN FUND,  :
L.P., AND FRONTPOINT FINANCIAL       :    ECF Case
HORIZONS FUND, L.P., on behalf of themselves :
and all others similarly situated,   :    Hon. Lewis A. Kaplan
                                     :
                                     :
              Plaintiffs,            :
                                     :
            -against-                :
                                     :
JPMORGAN CHASE & CO., JPMORGAN       :
CHASE BANK, N.A., JPMORGAN CHASE     :
BANK, N.A. AUSTRALIA, CITIGROUP INC., :
CITIBANK, N.A., CITIBANK N.A., AUSTRALIA :
BRANCH, BNP PARIBAS, S.A., BNP PARIBAS, :
AUSTRALIA BRANCH, THE ROYAL BANK OF :
SCOTLAND GROUP PLC, RBS N.V., RBS    :
GROUP (AUSTRALIA) PTY LIMITED, UBS AG, :
UBS AG, AUSTRALIA BRANCH, AUSTRALIA  :
AND NEW ZEALAND BANKING GROUP LTD., :
COMMONWEALTH BANK OF AUSTRALIA,      :
NATIONAL AUSTRALIA BANK LIMITED,     :
WESTPAC BANKING CORPORATION,         :
DEUTSCHE BANK AG, DEUTSCHE BANK AG, :
AUSTRALIA BRANCH, HSBC HOLDINGS PLC, :
HSBC BANK AUSTRALIA LIMITED, LLOYDS  :
BANKING GROUP PLC, LLOYDS BANK PLC,  :
MACQUARIE GROUP LTD., MACQUARIE      :
BANK LTD., ROYAL BANK OF CANADA,     :
ROYAL BANK OF CANADA, AUSTRALIA      :
BRANCH, MORGAN STANLEY, MORGAN       :
STANLEY AUSTRALIA LIMITED, CREDIT    :
SUISSE GROUP AG, CREDIT SUISSE AG,   :
BANK OF NEW ZEALAND, ICAP PLC, ICAP  :
AUSTRALIA PTY LTD., TULLETT PREBON   :
PLC, TULLETT PREBON (AUSTRALIA) PTY  :
LTD., AND JOHN DOES NOS. 1-50.       :
              Defendants.            :

\---------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND AND FILE THE PROPOSED
SECOND AMENDED CLASS ACTION COMPLAINT AND MOTION FOR
JURISDICTIONAL DISCOVERY**

Remaining plaintiff Richard Dennis ("Dennis"), former plaintiffs Sonterra Capital

Master Fund, Ltd., FrontPoint Financial Services Fund, L.P., FrontPoint Asian Event Driven

Fund, L.P., and FrontPoint Financial Horizons Fund, L.P. (collectively and together with Dennis,

"Plaintiffs"), proposed plaintiff Orange County Employees Retirement System ("OCERS," and

together with Dennis, the "Stipulating Plaintiffs"), and defendants Australia and New Zealand

Banking Group Ltd., BNP Paribas, S.A., Commonwealth Bank of Australia, Credit Suisse AG,

Deutsche Bank AG, HSBC Holdings plc, HSBC Bank Australia Limited, Morgan Stanley,

Morgan Stanley Australia Limited, National Australia Bank Limited, Royal Bank of Canada,

RBC Capital Markets LLC, The Royal Bank of Scotland Group plc, The Royal Bank of Scotland

plc, RBS N.V., RBS Group (Australia) Pty Limited, UBS AG, and Westpac Banking

Corporation (collectively, the "Stipulating Defendants"), by and through their respective

undersigned attorneys and subject to this Court's approval and to the reservation of rights

contained below, hereby agree and stipulate as follows:

WHEREAS, on November 26, 2018, the Court entered an Opinion and Order and

a Memorandum Opinion with respect to motions to dismiss filed by all Defendants to this action

(the "Opinions" [ECF Nos. 227, 228]) that, in combination, dismissed claims asserted by

Plaintiffs in the Amended Class Action Complaint [ECF No. 63] (the "Amended Complaint")

against the Stipulating Defendants;

WHEREAS, the Opinion and Order [ECF No. 227] provided that Plaintiffs could

seek leave to amend their complaint within thirty (30) days of the date of entry;

WHEREAS, on December 20, 2018, the Court so-ordered a stipulation between all parties extending the date for Plaintiffs to seek leave to amend their complaint from December 26, 2018 to and including January 15, 2019 [ECF No. 254];

WHEREAS, on January 15, 2019, Dennis filed (i) a Motion for Leave to Amend and File the Proposed Second Amended Class Action Complaint [ECF No. 260] (the "Motion to Amend"), which included as an exhibit the Proposed Second Amended Class Action Complaint (the "PSAC"), and (ii) a Motion for Jurisdictional Discovery as to HSBC Bank Australia Limited, HSBC Holdings plc, Morgan Stanley, Morgan Stanley Australia Limited, and National Australia Bank Limited [ECF No. 261] (the "Discovery Motion," and together with the Motion to Amend, the "Motions");

WHEREAS, on January 24, 2019, the Court so-ordered a Stipulation and Proposed Order [ECF No. 269] extending the deadline for the Stipulating Defendants to respond to the Motions to and including March 1, 2019;

WHEREAS, the Stipulating Defendants maintain that Dennis's Motions should be denied, on the grounds that, *inter alia*, any amendment would be futile and that the jurisdictional discovery that Dennis seeks cannot cure the jurisdictional deficiencies in the PSAC;

WHEREAS, the parties have conferred and, in the interest of efficiency, have agreed, subject to the Court's approval, that the PSAC shall be deemed filed, and the below schedule for the filing and briefing of motions to dismiss and oppositions to the requests for jurisdictional discovery shall govern;

WHEREAS, the proposed schedule will provide the time necessary to coordinate joint responses to the PSAC and Discovery Motion among the 10 different defense counsel firms representing 18 different Stipulating Defendants and conserve judicial resources;

3

WHEREAS, the Stipulating Defendants enter into this Stipulation without waiving, and expressly reserving, any and all of their defenses with respect to the PSAC and the Discovery Motion, including, without limitation, those based on lack of personal jurisdiction and improper venue.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Stipulating Plaintiffs and the Stipulating Defendants:

1. That Stipulating Plaintiffs may file the PSAC on the Court's docket as the Second Amended Class Action Complaint ("SAC");

2. No defense of any Stipulating Defendant to the claims in this action, including, without limitation, defenses based upon lack of personal or subject matter jurisdiction, lack of standing, lack of capacity, improper venue, statute of limitations, and failure to state a claim, is prejudiced or waived by the execution of, agreement to, or filing of this stipulation or the agreement that the PSAC may be filed;

3. The schedule set by the Court on January 24, 2019 for responding to the Motions is vacated, and the following schedule will apply as to the Stipulating Defendants' motion to dismiss the PSAC and opposition to the Discovery Motion:

    a. Stipulating Defendants will file any motion(s) to dismiss the SAC or opposition(s) to the Discovery Motion forty-five (45) days after the date on which the Stipulating Plaintiffs file the SAC on the Court's docket;

    b. Stipulating Plaintiffs will file any papers in opposition to the motion(s) to dismiss the SAC or replies in support of the Discovery Motion forty-

4

five (45) days after Defendants file any motion(s) to dismiss the SAC or

oppositions(s) to the Discovery Motion; and

   c.   Stipulating Defendants will file any reply papers in further support of the

motion(s) to dismiss the SAC thirty (30) days after Stipulating Plaintiffs

file their opposition papers.

4.     This stipulation may be executed in separate counterparts, and counterparts may

be executed by facsimile or .pdf form, each of which shall be deemed an original.

This stipulation, once executed, may be submitted to the Court without further

notice to any party.

Dated: February 21, 2019

_Vincent Briganti /mns_

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip, Jr.
Raymond P. Girnys
Christian P. Levis
LOWEY DANNENBERG, P.C.
44 South Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
rgirnys@lowey.com
clevis@lowey.com


Christopher Lovell
Victor E. Stewart
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN
JACOBSON LLP
500 5th Avenue, Suite 2440
New York, New York  10036
Telephone: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
vestewart@lshllp.com
bjaccarino@lshllp.com

*Attorneys for Plaintiffs and Proposed Plaintiff
OCERS*

_Penny Shane /mns_

Penny Shane
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
shanep@sullcrom.com

Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com

*Attorneys for Australia and New Zealand
Banking Group Ltd.*

_Stephen J. Obie /mns_

Jayant W. Tambe
Stephen J. Obie
Kelly A. Carrero
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
jtambe@jonesday.com
sobie@jonesday.com
kacarrero@jonesday.com

*Attorneys for BNP Paribas, S.A.*

*Mark A. Popovsky /mws*

Jeffrey T. Scott
Mark A. Popovsky
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
scottj@sullcrom.com
popovskym@sullcrom.com

*Attorneys for Commonwealth Bank of Australia*

*David G. Januszewski /mws*

David G. Januszewski
Herbert S. Washer
Elai Katz
Sheila C. Ramesh
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
djanuszewski@cahill.com
ekatz@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Attorneys for Credit Suisse AG*

*Andrew J. Lichtman /mws*

Thomas J. Perrelli
JENNER & BLOCK
1099 New York Ave N.W., #900
Washington, D.C.  20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
tperrelli@jenner.com

Stephen L. Ascher
Andrew J. Lichtman
JENNER & BLOCK
919 Third Avenue
New York, NY  10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

*Attorneys for Deutsche Bank AG*

*Nowell D. Bamberger /mws*

Lewis J. Liman
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
lliman@cgsh.com

Nowell D. Bamberger
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue N.W.
Washington, D.C.  20037
Telephone: (202) 974-1500
Fax: (202) 974-1999
nbamberger@cgsh.com

*Attorneys for HSBC Holdings plc and HSBC Bank Australia Limited*

7

*Kenneth I. Schacter /mvs*

Kenneth I. Schacter
Elizabeth Buechner
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
kenneth.schacter@morganlewis.com
Elizabeth.buechner@morganlewis.com

Jon R. Roellke
Anthony R. Van Vuren
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue N.W.
Washington, D.C.  20004
Telephone: (202) 739-3000
Fax: (202) 739-3001
jon.roellke@morganlewis.com
anthony.vanvuren@morganlewis.com

*Attorneys for Morgan Stanley and Morgan
Stanley Australia Limited*

*Elizabeth M. Zito /mvs*

Marshall H. Fishman
Christine V. Sama
Elizabeth M. Zito
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 813-8800
Fax: (212) 355-3333
mfishman@goodwinlaw.com
csama@goodwinlaw.com
ezito@goodwinlaw.com

*Attorneys for Royal Bank of Canada and RBC
Capital Markets LLC*

*Matthew J. Porpora /mvs*

David H. Braff
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

*Attorneys for National Australia Bank Limited*

*Jamie S. Dycus /mvs*

David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for The Royal Bank of Scotland
Group plc, The Royal Bank of Scotland plc, RBS
Group (Australia) Pty Ltd., and RBS N.V.*

_Mark A. Kirsch/MNS_

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
mkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

_Attorneys for UBS AG_

_Timothy G. Cameron/MNS_

Daniel Slifkin
Michael A. Paskin
Timothy G. Cameron
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com
mpaskin@cravath.com
tcameron@cravath.com

_Attorneys for Westpac Banking Corporation_

**SO ORDERED:**

Dated: New York, New York
        February ___, 2019

_____

Hon. Lewis A. Kaplan
United States District Judge