# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., and ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., BNP PARIBAS, S.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50.<br><br>Defendants. | Docket No. 16-cv-6496<br><br>Hon. Gabriel W. Gorenstein<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/17/19 |

## [~~PROPOSED~~] ORDER

UPON the Court's Order dated August 27, 2019 (ECF No. 332) (the "August 27 Order"), which directed Class Counsel to update the Court on the status of class notice discovery, to propose the next steps in class notice, and to address whether deferral of notice of the JPMorgan Settlement may be appropriate;

UPON the Court's direction in the August 27 Order that the Settlement Administrator establish and maintain a Settlement Website, www.BBSWSettlement.com, and Class Counsel's report that such website has been established and is being maintained;

UPON the August 27 Order's direction that the form of notice prescribed in the August 27 Order be posted on the website, and Class Counsel's report that the prescribed form of notice has been posted and is available to potential class members;

UPON Class Counsel's status report that approximately 14,000 non-duplicative names and addresses of potential class members have been obtained but that there has been no class notice discovery production by the non-settling Defendants and four non-parties have not completed their productions; and

UPON the estimate by Class Counsel that it will take at least ninety (90) days to complete the class notice discovery from the non-settling Defendants;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Class Counsel shall submit a further status report to the Court on or before March 16, 2020 advising the Court of the status of class notice discovery, proposing the next steps in class notice, and addressing whether deferral of notice of the Settlement may be appropriate.

**IT IS SO ORDERED.**

ENTERED this 17th day of December, 2019

_____
Gabriel W. Gorenstein
United States Magistrate Judge