UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19
```

RICHARD DENNIS, et al.,

Plaintiffs

-against-                                16 Civ.  6496 (LAK) (GWG)

JPMORGAN CHASE & CO, et al.,

Defendants.

## [PROPOSED] ORDER

Upon the motion for Lewis J. Liman for leave to withdraw as counsel for

Defendants HSBC Holdings plc and HSBC Bank Australia Limited, **IT IS HEREBY**

**ORDERED**:

The motion is granted.

SO ORDERED.

Dated:  Dec. 20, 2019

United States District Judge
Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York