UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Richard Dennis, et al.,
         Plaintiff,

v.

JPMorgan Chase & Co., et al.,
         Defendants.
------------------------------x

16-cv-6496 (LAK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 3 2020

LEWIS A. KAPLAN, *District Judge.*

    A conference will be held on March 5, 2020 at 10:00 AM.

    SO ORDERED.

Dated:     February 13, 2020

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge