UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., and ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br>     v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., BNP PARIBAS, S.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50,<br><br>                     Defendants. | Civil Action No. 16-cv-06496<br><br>Hon. Gabriel W. Gorenstein |

[~~PROPOSED~~] ORDER

UPON the Court's Order dated December 17, 2019 (ECF No. 334) (the "December 17 Order"), which directed Class Counsel to update the Court on the status of class notice discovery, to propose the next steps in class notice, and to address whether deferral of notice of the JPMorgan Settlement may be appropriate;

UPON Class Counsel's status report that Class Counsel has met and conferred and continues to meet and confer with non-settling Defendants concerning non-settling Defendants' production of names and addresses of potential class members;

UPON Class Counsel's report that additional time is necessary for non-settling Defendants to complete the process of locating and producing names and addresses of potential class members;

UPON Class Counsel's report that two non-parties have not completed their productions of names and addresses of potential class members;

UPON the estimate by Class Counsel that it will take at least ninety (90) days to complete the class notice discovery from non-settling Defendants;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Class Counsel shall submit a further status report to the Court on or before June 15, 2020 advising the Court of the status of class notice discovery, proposing the next steps in class notice, and addressing whether deferral of notice of the Settlement may be appropriate.

**IT IS SO ORDERED.**

ENTERED this __16th__ day of __March__, 2020.

Hon. Gabriel W. Gorenstein
United States Magistrate Judge