UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD DENNIS, et al.,

                    Plaintiffs,

-against-                                                   16-cv-6496 (LAK)

JPMORGAN CHASE & CO., et al.,

                    Defendants.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion for reconsideration [Dkt. 351] is denied. The Court considered and rejected defendants' arguments, to the extent they are not attempting to raise new arguments, in its February 13, 2020 opinion [Dkt. 347]. These arguments are no more persuasive now than they were the first time, and defendants have failed to point to any controlling decisions or data that the Court overlooked.

        SO ORDERED.

Dated:     August 4, 2020

                                                                 Lewis A. Kaplan
                                                            United States District Judge