UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD DENNIS, et al.,

                Plaintiffs,

      -against-                              16-cv-6496 (LAK)

JPMORGAN CHASE & CO., et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The motion of defendant Australia and New Zealand Banking Group Ltd. for judgment on the pleadings (Dkt 400) is denied without prejudice to renewal by leave of Court.

      SO ORDERED.

Dated:     March 30, 2021

                                                      Lewis A. Kaplan
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2021