UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RICHARD DENNIS, et al.,

                        Plaintiffs,

            -against-                                   16-cv-6496 (LAK)

JP MORGAN CHASE & CO., et al.,

                        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The time for Plaintiffs to submit a motion that will seek: (1) conditional certification of a settlement class in connection with Plaintiffs' proposed settlement with Defendants Morgan Stanley and Morgan Stanley Australia Limited ("Morgan Stanley"); and (2) approval of a program and form of notice (and the scheduling of a fairness hearing) concerning Plaintiffs' proposed settlement with Morgan Stanley is extended to and including May 5, 2021.

        SO ORDERED.

Dated:     April 2, 2021

                                                           _____
                                                                 Lewis A. Kaplan
                                                           United States District Judge