UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD DENNIS, et al.,

        Plaintiffs,

-against-                                          16-cv-6496 (LAK)

JP MORGAN CHASE & CO., et al.,

        Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The time of plaintiffs to submit a consolidated motion for conditional class certification of a settlement class in connection with plaintiffs' proposed settlements with Australia and New Zealand Banking Group Ltd., Commonwealth Bank of Australia, Morgan Stanley, and Morgan Stanley Australia Limited and for related relief is extended to and including July 19, 2021.

        SO ORDERED.

Dated:     June 21, 2021

                                                  Lewis A. Kaplan
                                                United States District Judge