IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., and ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   -against-<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., BNP PARIBAS, S.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50.<br><br>                Defendants. | Docket No. 16-cv-06496 (LAK) |

**NOTICE OF MOTION**
**FOR SUPERSEDING ORDERS FOR CONDITIONAL CLASS CERTIFICATION FOR PURPOSES OF CLASS ACTION SETTLEMENTS WITH JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A. AND WESTPAC BANKING CORPORATION, AND FOR ORDERS APPROVING CLASS NOTICE PLAN AND SCHEDULING <u>HEARING FOR FINAL APPROVAL OF THE SETTLEMENTS</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher McGrath, the exhibits attached thereto and the record herein, Plaintiffs, by and through their undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan, Courtroom 21B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court, for orders, *inter alia*: (i) approving Plaintiffs' proposed notice plan and forms of notice for purposes of Plaintiffs' six proposed class action settlements with Defendants Westpac Banking Corporation ("Westpac"), Australia and New Zealand Banking Group Limited ("ANZ"), Commonwealth Bank of Australia ("CBA"), National Australia Bank Limited ("NAB"), JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively "JPMorgan") and Morgan Stanley and Morgan Stanley Australia Limited (collectively "Morgan Stanley"); (ii) entering superseding orders conditionally certifying the Settlement Class with respect to the Westpac and JPMorgan Settlements in light of the amendment of the JPMorgan and Westpac Settlement Agreements; and (iii) setting a date for a fairness hearing and deadlines for settlement-related events leading up to the fairness hearing.

| | |
|---|---|
| Dated: January 13, 2022<br>White Plains, New York | **LOWEY DANNENBERG, P.C.**<br><br>By: */s/ Vincent Briganti*<br>Vincent Briganti<br>Geoffrey M. Horn<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel.: 914-997-0500<br>Fax: 914-997-0035<br>vbriganti@lowey.com<br>ghorn@lowey.com<br><br>**LOVELL STEWART HALEBIAN JACOBSON LLP**<br><br>By: */s/ Christopher McGrath*<br>Christopher Lovell |

Christopher McGrath
500 Fifth Avenue, Suite 2440
New York, NY 10110
Tel: (212) 608-1900
clovell@lshllp.com
cmcgrath@lshllp.com

*Counsel for Plaintiffs and the Proposed Class*

Todd Seaver
Carl N. Hammarskjold
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

Patrick T. Egan (PE-6812)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
pegan@bermantabacco.com

*Additional Plaintiffs' Counsel for Orange County Employees Retirement System*