# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., and ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Docket No. 16-cv-06496 (LAK) |
| Plaintiffs, | |
| -against- | |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., BNP PARIBAS, S.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50. | |
| Defendants. | |

**JOINT DECLARATION OF VINCENT BRIGANTI AND CHRISTOPHER MCGRATH**

Vincent Briganti and Christopher McGrath, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. We, Vincent Briganti and Christopher McGrath, are members of the Bar of this Court and, respectively, are the Chairman and a shareholder of the law firm Lowey Dannenberg, P.C. ("Lowey Dannenberg") and a partner with the law firm Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart" and, with Lowey Dannenberg, "Plaintiffs' Counsel"). We are the attorneys for Plaintiffs[1] and submit this Joint Declaration in support of Plaintiffs' Motion for Superseding Orders for Conditional Class Certification For Purposes of Class Action Settlements with JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. and Westpac Banking Corporation, and for Orders Approving Class Notice Plan and Scheduling Hearing for Final Approval of the Settlements. The statements herein are true and accurate to the best of our personal knowledge, information and belief based on the documents and information referenced herein and information from attorneys at Lowey Dannenberg and Lovell Stewart.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Linda Young, dated January 13, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of the proposed mailed notice.

4. Attached hereto as Exhibit 3 is a true and correct copy of the proposed publication notice.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Second Amendment to Stipulation and Agreement of Settlement as to Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

---

[1] For purposes of this declaration, "Plaintiffs" means Richard Dennis ("Dennis") and Orange County Employees Retirement System ("OCERS").

6. Attached hereto as Exhibit 5 is a true and correct copy of the Amendment to Stipulation and Agreement of Settlement as to Defendant Westpac Banking Corporation.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Amendment to Stipulation and Agreement of Settlement as to Defendant Morgan Stanley.

8. Attached hereto as Exhibit 7 is a true and correct copy of the [Proposed] Superseding Order Granting Conditional Class Certification for Purposes of Class Action Settlement with JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

9. Attached hereto as Exhibit 8 is a true and correct copy of the [Proposed] Superseding Order Granting Conditional Class Certification for Purposes of Class Action Settlement with Westpac Banking Corporation.

10. Attached hereto as Exhibit 9 is a true and correct copy of the [Amended Proposed] Order Granting Conditional Class Certification for Purposes of Class Action Settlement with Morgan Stanley.

11. For the Court's convenience, attached hereto as Exhibit 10 is a true and correct copy of the [Proposed] Order Granting Conditional Class Certification for Purposes of Class Action Settlement with Australia and New Zealand Banking Group Ltd., originally filed as ECF No. 491 in connection with Plaintiffs' previously filed Consolidated Motion for Conditional Class Certification for Purposes of Class Action Settlements with Morgan Stanley and Morgan Stanley Australia Limited, Australia and New Zealand Banking Group Ltd, Commonwealth Bank of Australia, and National Australia Bank Ltd. ("Conditional Certification Motion").

12. For the Court's convenience, attached hereto as Exhibit 11 is a true and correct copy of the [Proposed] Order Granting Conditional Class Certification for Purposes of Class

Action Settlement with Commonwealth Bank of Australia, originally filed as ECF No. 492 in connection with the Conditional Certification Motion.

13.     For the Court's convenience, attached hereto as Exhibit 12 is a true and correct copy of the [Proposed] Order Granting Conditional Class Certification for Purposes of Class Action Settlement with National Australia Bank Limited, originally filed as ECF No. 493 in connection with the Conditional Certification Motion.

We declare under penalty of perjury that the foregoing is true and correct to the best of our personal knowledge, information, and belief.

Dated: January 13, 2022

_____          _____
Vincent Brigatti                                          Christopher McGrath