IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2022
```

RICHARD DENNIS, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., AND FRONTPOINT FINANCIAL HORIZONS FUND, L.P., on behalf of themselves and all others similarly situated,

Docket No. 16-cv-06496 (LAK)

Plaintiffs,

-against-

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE BANK, N.A. AUSTRALIA BRANCH, BNP PARIBAS, S.A., BNP PARIBAS, AUSTRALIA BRANCH, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS N.V., RBS GROUP (AUSTRALIA) PTY LIMITED, UBS AG, UBS AG, AUSTRALIA BRANCH, AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD., COMMONWEALTH BANK OF AUSTRALIA, NATIONAL AUSTRALIA BANK LIMITED, WESTPAC BANKING CORPORATION, DEUTSCHE BANK AG, DEUTSCHE BANK AG, AUSTRALIA BRANCH, HSBC HOLDINGS PLC, HSBC BANK AUSTRALIA LIMITED, LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, LLOYDS TSB BANK PLC, AUSTRALIA, MACQUARIE GROUP LTD., MACQUARIE BANK LTD., ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, ROYAL BANK OF CANADA, AUSTRALIA BRANCH, MORGAN STANLEY, MORGAN STANLEY AUSTRALIA LIMITED, CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, ICAP PLC, ICAP AUSTRALIA PTY LTD., TULLETT PREBON PLC, TULLETT PREBON (AUSTRALIA) PTY LTD., AND JOHN DOES NOS. 1-50.

Defendants.

## [~~PROPOSED~~] AMENDED CASE MANAGEMENT ORDER

UPON the papers submitted in connection with Plaintiffs' November 10, 2021 motion to extend certain deadlines in the Joint Case Management Plan and Scheduling Order entered on April 10, 2020 (ECF No. 364);

UPON the showing in such motion that such extension is appropriate, and that good cause exists for such extension;

**IT IS HEREBY ORDERED** that, good cause having been shown, Plaintiffs' motion is hereby granted and the case management dates shall be amended as follows:

1. Defendants shall complete by March 15, 2022 their production of documents called for by the parties' agreements made through November 15, 2021.
2. Plaintiffs' class certification motion, including any expert report(s) in support, shall be due on July 29, 2022.
3. Requests to admit, if any, shall be served by August 15, 2022.
4. Fact discovery shall be completed by September 15, 2022, except for foreign depositions, which shall be completed by December 15, 2022.
5. Discovery regarding Plaintiffs' class certification expert(s) shall be completed 60 days after the filing of the class motion.
6. Defendants' opposition, including any expert report(s) in opposition, to class certification (and any *Daubert* motion) shall be due 90 days after the filing of the class motion.
7. Discovery regarding Defendants' class certification expert(s) shall be completed 45 days after the filing of the Defendants' opposition to class certification.
8. Plaintiffs' reply, including any expert report(s) in support of its class certification motion (and any *Daubert* motion against the Defendants' expert(s)) shall be due 75 days after filing of Defendants' opposition to class certification.
9. Merits expert reports shall be simultaneously served within 90 days of the decision on class certification.
10. Rebuttal merit expert reports shall be simultaneously served within 65 days after the service of merits reports.

*The parties should assume that no further extensions will be granted.*

SO ORDERED:

*The Clerk shall terminate DKT 483.*

_____
The Honorable Lewis A. Kaplan
United States District Judge

Dated: New York, New York
November ___, 2021

*Feb. 1, 2022*