**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————**x**

RICHARD DENNIS, SONTERRA CAPITAL
MASTER FUND, LTD., FRONTPOINT
FINANCIAL SERVICES FUND, L.P.,
FRONTPOINT ASIAN EVENT DRIVEN FUND,
L.P., FRONTPOINT FINANCIAL HORIZONS          No. 16-cv-06496 (LAK)
FUND, L.P., AND ORANGE COUNTY
EMPLOYEES RETIREMENT SYSTEM, on behalf
of themselves and all others similarly situated,

                                    Plaintiffs,

                    v.

JPMORGAN CHASE & CO., JPMORGAN CHASE
BANK, N.A., BNP PARIBAS, S.A., THE ROY AL
BANK OF SCOTLAND GROUP PLC, THE
ROYAL BANK OF SCOTLAND PLC, RBS N.V.,
RBS GROUP (AUSTRALIA) PTY LIMITED, UBS
AG, AUSTRALIA AND NEW ZEALAND
BANKING GROUP LTD., COMMONWEALTH
BANK OF AUSTRALIA, NATIONAL
AUSTRALIA BANK LIMITED, WESTPAC
BANKING CORPORATION, DEUTSCHE BANK
AG, HSBC HOLDINGS PLC, HSBC BANK
AUSTRALIA LIMITED, LLOYDS BANKING
GROUP PLC, LLOYDS BANK PLC, MACQUARIE
GROUP LTD., MACQUARIE BANK LTD.,
ROY AL BANK OF CANADA, RBC CAPITAL
MARKETS LLC, MORGAN STANLEY, MORGAN
STANLEY AUSTRALIA LIMITED, CREDIT
SUISSE GROUP AG, CREDIT SUISSE AG, ICAP
PLC, ICAP AUSTRALIA PTY LTD., TULLETT
PREBON PLC, TULLETT PREBON
(AUSTRALIA) PTY LTD., AND JOHN DOES
NOS. 1-50,

                                    Defendants.


———————————————————————x


**NOTICE OF MOTION IN SUPPORT OF THE  PLAN OF DISTRIBUTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Exhibits hereto, Plaintiffs, by and through their undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court, for an order approving the Plan of Distribution attached hereto and for such other relief as the Court deems just and proper.

Dated: August 3, 2022
New York, New York

**LOVELL STEWART HALEBIAN**
**JACOBSON LLP**
By: */s/ Christopher Lovell*
Christopher Lovell
Christopher McGrath
500 Fifth Avenue, Suite 2440
New York, NY 10110
Tel: (212) 608-1900
clovell@lshllp.com
cmcgrath@lshllp.com

**LOWEY DANNENBERG, P.C.**
By: */s/ Vincent Briganti*
Vincent Briganti
Geoffrey M. Horn
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com

*Counsel for Representative Plaintiffs and
the Proposed Class*

Todd Seaver
Carl N. Hammarskjold
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.: (415) 433-320
Fax: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

Patrick T. Egan (PE-6812)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
pegan@bermantabacco.com

*Additional Counsel for Orange County
Employees Retirement System*