## **Exhibit C**

*Dennis, et al. v. JPMorgan Chase & Co., et al.*, **16-CV-6496** **(LAK) (S.D.N.Y.)**
**Expenses Chart by Category**

| Expense Categories | Cumulative Expenses |
|---|---|
| Experts/Consultants | $435,013.39 |
| Federal Express | $288.21 |
| Data | $2,951.97 |
| Computer Research, Databases & Documents | $115,695.98 |
|  |  |
| Total | $553,949.55 |